FILED
2019 Mar-28 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**ELECTRONICALLY FILED**
2/26/2019 3:20 PM
31-CV-2019-900133.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case: 31<br>Date of Filing:<br>02/26/2019 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**JANE KISER v. LIFE INSURANCE COMPANY OF N. AMERICA**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other
**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
          R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ALL016     2/26/2019 3:20:57 PM    /s/ MYRON KAY ALLENSTEIN
                              Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
2/26/2019 3:20 PM
31-CV-2019-900133.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama Unified Judicial System  Form C-10  Page 1 of 2   Rev.2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number |
|---|---|---|

IN THE __Circuit__ COURT OF __Etowah County__, ALABAMA
(Circuit, District, or Municipal)   (Name of County or Municipality)

STYLE OF CASE: __Jane Kiser__ v. __Life Ins. Co. of North America__
Plaintiff(s)   Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☑ **CIVIL CASE** – I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE** – (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE** – I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** – I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1. **IDENTIFICATION**
Full name __Jane C. Kiser__ Date of Birth __12-16-1959__
Spouse's full name (if married) __Gregory B. Kiser__
Complete home address __305 County Road 263 Piedmont, AL 36272__

Number of people living in household __2__
Home telephone number __256-283-7078__
Occupation/Job __Disabled__ Length of employment _____
Driver's license number __3916150__ *Social Security Number __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__
Employer __NA__ Employer's telephone number __NA__
Employer's address __NA__

2. **ASSISTANCE BENEFITS**
Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply)
☐ AFDC ☐ Food Stamps ☐ SSI ☐ Medicaid ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**

Monthly Gross Income:
Monthly Gross Income   $ 1819.00
Spouse's Monthly Gross Income (unless a martial offense)   1218.00
Other Earnings: Commissions, Bonuses, Interest Income, etc,
Contributions from Other People Living in Household
Unemployment/Workmen's Compensation,
   Social Security, Retirements, etc,
Other Income (be specific) _____

TOTAL MONTHLY GROSS INCOME   $ 3037.00

Monthly Expenses:
A. Living Expenses   $
   Rent/Mortgage   641.00
   Total Utilities: Gas, Electricity, Water, etc   310.00
   Food   500.00
   Clothing
   Health Care/Medical   500.00
   Insurance   160.00
   Car Payment(s)/Transportation Expenses   500.00
   Loan Payment(s)   100.00

*OPTIONAL

| Form C-10 Page 2 of 2  Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | | |
|---|---|---|---|
| Monthly Expenses:(cont'd page1) Credit Card Payment(s) Educational/Employment Expenses Other Expenses (be specific) phone internet Sub-Total | | 280.00 100.00 744 | A $ 3091.00 |
| B. Child Support Payment(s)/Alimony Sub-Total | | $ | B $ |
| C. Exceptional Expenses | | $ | |
| TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) | | | $ |
| Total Gross Monthly Income Less total monthly expenses: DISPOSABLE MONTHLY INCOME | | | $ |

4. **LIQUID ASSETS:**
   Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)  $ 1.00
   Equity in Real Estate (value of property less what you owe)  20,000 home
   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)
   Other (*be specific*)  no eputy
   Do you own anything else of value? ☐ Yes ☑ No
   (land, house, boat, TV, stereo, jewelry)
   If so, describe _____

   **TOTAL LIQUID ASSETS**  $ 26,000

5. **Affidavit/Request**
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

   Sworn to and subscribed before me this

   _20__ day of _February_, _2019_

   _____
   Judge/Clerk/Notary

   _Jane C. Kiser_
   Affiant's Signature

   _Jane Kiser_
   Print or Type Name

**ORDER OF COURT**

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this_____ day of _____

_____
Judge

DOCUMENT 3

ELECTRONICALLY FILED
2/26/2019 3:20 PM
31-CV-2019-900133.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| JANE KISER, | * |
| Plaintiff, | * |
| v. | * Case Number: _____ |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * |
| Defendant | * |

## COMPLAINT

### Long Term Disability Benefits

1. Plaintiff, age 59, is a 22 year disabled former employee of Floyd Medical Center.

2. Plaintiff has long term disability benefits through Defendant Life Insurance Company of North America.

3. Plaintiff was injured in an automobile accident and suffers from mental trauma as well as back injuries.

4. Plaintiff has short term memory loss, difficulty thinking, confusion, and difficulty with speech.

5. Plaintiff drew long term disability benefits for two years until benefits were terminated.

6. Plaintiff is currently drawing Social Security disability benefits.

7. Plaintiff has exhausted all administrative remedies with a denial of administrative appeal on 10/12/18.

8. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.

<u>s/MYRON K. ALLENSTEIN (ALL016)</u>
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com



AlaFile E-Notice

31-CV-2019-900133.00
Judge: WILLIAM B OGLETREE

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JANE KISER V. LIFE INSURANCE COMPANY OF N. AMERICA
31-CV-2019-900133.00

The following matter was FILED on 2/26/2019 4:46:32 PM

Notice Date:    2/26/2019 4:46:32 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2019-900133.00
Judge: WILLIAM B OGLETREE

To: LIFE INSURANCE COMPANY OF N. AMERICA (PRO SE)
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JANE KISER V. LIFE INSURANCE COMPANY OF N. AMERICA
31-CV-2019-900133.00

The following matter was FILED on 2/26/2019 4:46:32 PM

Notice Date:    2/26/2019 4:46:32 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2019-900133.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JANE KISER V. LIFE INSURANCE COMPANY OF N. AMERICA
31-CV-2019-900133.00

The following complaint was FILED on 2/26/2019 3:20:49 PM

Notice Date:    2/26/2019 3:20:49 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2019-900133.00

To: LIFE INSURANCE COMPANY OF N. AMERICA
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JANE KISER V. LIFE INSURANCE COMPANY OF N. AMERICA
31-CV-2019-900133.00

The following complaint was FILED on 2/26/2019 3:20:49 PM

Notice Date:    2/26/2019 3:20:49 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>31-CV-2019-900133.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**JANE KISER V. LIFE INSURANCE COMPANY OF N. AMERICA**

**NOTICE TO:** LIFE INSURANCE COMPANY OF N. AMERICA, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JANE KISER pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 2/26/2019 3:20:49 PM | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ MYRON KAY ALLENSTEIN
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.

*(Name of Person Served)*   *(Name of County)*   *(Date)*

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

*(Server's Printed Name)*   *(Phone Number of Server)*

ELECTRONICALLY FILED
2/26/2019 4:47 PM
31-CV-2019-900133.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| KISER JANE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  CV-2019-900133.00 |
| | ) | |
| LIFE INSURANCE COMPANY OF N. AMERICA | ) | |
|     Defendant. | ) | |

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 26th day of February, 2019

/s/ WILLIAM B OGLETREE
_____
CIRCUIT JUDGE



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
JANE KISER V. LIFE INSURANCE COMPANY OF N. AMERICA

31-CV-2019-900133.00

WBO

To: CLERK ETOWAH
clerk.etowah@alacourt.gov

TOTAL POSTAGE PAID: $6.95

Parties to be served by Certified Mail - Return Receipt Requested

LIFE INSURANCE COMPANY OF N. AMERICA        Postage: $6.95
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail





AlaFile E-Notice

31-CV-2019-900133.00
Judge: WILLIAM B OGLETREE

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

JANE KISER V. LIFE INSURANCE COMPANY OF N. AMERICA
31-CV-2019-900133.00

The following matter was served on 3/1/2019

**D001 LIFE INSURANCE COMPANY OF N. AMERICA**
**Corresponding To**
CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laura McHaney_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 MAR 0 1 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
MAR 06 2019

1. Article Addressed to:

Life Insurance Company of N America
2 North Jackson Street
Suite 605
Montgomery, AL 36104
CV-2019-900133 WBO S/C D001



9590 9402 4480 8248 1089 20

7018 1130 0002 1896 5868

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



9590 9402 4480 8248 1089 20

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box®

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901

01-366952