# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JANE KISER, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.: 4:19-CV-00500-SGC |
| LIFE INSURANCE COMPANY OF ) NORTH AMERICA, ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Jane Kiser and Defendant Life Insurance Company of North America, ("Defendant") by and through their undersigned counsel, do hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this the 23rd day of April, 2019:

ALLENSTEIN & ALLENSTEIN, LLC      MAYNARD COOPER & GALE, P.C.

_/s/ Myron K. Allenstein_           _/s/ Grace R. Murphy_
Myron K. Allenstein                 Grace R. Murphy
Rose Marie Allenstein               William B. Wahlheim, Jr.
141 South 9th Street                2400 Regions/Harbert Plaza
Gadsden, AL  35901                  1901 Sixth Avenue North
                                    Birmingham, AL 35203-2602

*Attorney for Plaintiff*            *Attorneys for Defendant*