FILED
2019 Apr-25 PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| JANE KISER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:19-cv-00500-SGC |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On April 23, 2019, the parties filed a joint stipulation of dismissal in the above-captioned matter. (Doc. 11). Accordingly, this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs. FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 25th day of April, 2019.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE